# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Appellant,

vs.

SATICOY BAY LLC SERIES 3769 CARLYLE,

Respondent.

No. 69609

**FILED**

SEP 07 2016



## *ORDER DISMISSING APPEAL*

In response to our order conditionally imposing sanctions for failure to file the opening brief and appendix, counsel for appellant has filed a motion to voluntarily dismiss this appeal. Counsel explains that the parties were engaged in settlement negotiations and failed to notify this court or request an extension of time. We admonish counsel for failing to communicate with this court. Nevertheless, we vacate the conditional sanction. Further, cause appearing, we grant the motion for a voluntary dismissal of this appeal. This appeal is dismissed. NRAP 42(b). Each party is to bear its own costs.

It is so ORDERED.

_____, C.J.

cc:    Hon. James Crockett, District Judge
       Janet Trost, Settlement Judge
       Akerman LLP/Las Vegas
       Law Offices of Michael F. Bohn, Ltd.
       Eighth District Court Clerk

16-27809